In the Matter of the Arbitration between TUGEE LACES, INC., Respondent, and MARY MUFFET, INC., Appellant.— Order reversed, with $20 costs and dis-

bursements to the appellant and the motion denied. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm. No opinion. Settle order on notice.